UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **MATTHEW D. STEVENS**<br><br>**Plaintiff,**<br><br>v.<br><br>**JELL'S SPORTS GRILL, L.L.C., et al.,**<br><br>**Defendants.** | Case No.: 3:16-CV-328<br><br>ELECTRONICALLY FILED<br><br>Magistrate Judge Michael J. Newman<br>(Consent Case) |

## AGREED ORDER OF DISMISSAL

By agreement of the Parties (doc. 20), and after having received notice from that parties that all matters before the Court in this consent case have been resolved and settled, the Court hereby **DISMISSES** this action with prejudice. The Clerk shall **TERMINATE** this case from the Court's docket.

**IT IS SO ORDERED.**

Date: August 21, 2017

s/ Michael J. Newman
United States Magistrate Judge